**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 1:18cr43-GHD-DAS-1**

**ROBERT ROY THOMPSON**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Goodloe Lewis** on **October 21, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Goodloe Lewis** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Goodloe Lewis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 21st day of October, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE